John W. KOEHRMAN v. Gilson D. LIGHT, as Sheriff of Lucas County, Ohio.

No. 6286.

Circuit Court of Appeals, Sixth Circuit.

Oct. 12, 1932.

Marshall, Melhorn, Marlar & Martin, and Tracy, Chapman & Welles, all of Toledo, Ohio, for appellant.

Baker, Hostetler, Sidlo & Patterson, of Cleveland, Ohio, and Fraser, Hiett, Wall & Effler, of Toledo, Ohio, for appellee.

PER CURIAM.

Dismissed on motion of appellee.

---

Burt LA FOUNTAIN, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 6548.

Circuit Court of Appeals, Fifth Circuit.

Oct. 15, 1932.

Burt La Fountain, in pro. per.

Clint W. Hager, U. S. Atty., and Hal Lindsay, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.